AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*May 17, 2021*
Nathan Ochsner, Clerk of Court

United States of America
v.
James Aubrey Zachary Wasson

Defendant(s)

Case No. **4:21mj1092**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 13, 2020, in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2251(a) | Defendant did employ, use, persuade, indice, entice, and coerce, and attempted to employe, use, persuade, indice, entice, and coerce a minor child, to wit: Minor Victim #1, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was transmitted using any means and facility of interstate or foreign commerce, and the visual depiction was produced using materials that had been mailed, shipping, and transported in and affecting interstate and foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*
Nathan Curry, DHS-ICE-HSI
*Printed name and title*

Sworn to and signed telephonically

Date: 05/17/2021

*Judge's signature*
Dena Hanovice Palermo, U.S. Magistrate Judge
*Printed name and title*

City and state: Houston, Texas

AFFIDAVIT OF PROBABLE CAUSE

I, Nathan Curry, being truly sworn and deposed state,

1.   I am a Special Agent with the U.S. Department of Homeland Security, Immigration & Customs Enforcement, Homeland Security Investigations (DHS-ICE-HSI), assigned to Houston, Texas. I have been so employed since April 2009. I am currently assigned to the Cyber Investigations Group. As part of my daily duties as an HSI agent assigned to this group, I investigate criminal violations relating to child exploitation and child pornography including violations of Chapter 109A, Chapter 110 and Chapter 117, all contained within Title 18 of the United States Code. I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review examples of child pornography in various forms of media including computer media. I have also participated in the execution of search warrants and arrest warrants, a number of which involved child exploitation and child pornography offenses.

2.   This affidavit is based on reports your affiant has read, conversations your affiant has had with law enforcement officers and investigators involved in this investigation, and your affiant's own investigation and observations. This affidavit does not set forth all of my knowledge in this matter but is intended only to show that there is probable cause to believe that James Aubrey Zachary WASSON is in violation of Title 18, United States Code, Section 2251(a).

3.   On April 20, 2021, I received information forwarded from the National Center for Missing and Exploited Children (NCMEC) concerning CyberTipline Report ("CT") number 87956542, regarding the possession of child pornography by a person believed to be within the ICE-HSI Houston area of responsibility. Those reports were initiated with NCMEC by Dropbox, Inc. ("Dropbox"). Dropbox is an Electronic Service Provider (ESP) that offers cloud-based online

data storage to customers at no charge. NCMEC is a nonprofit organization that has Congressional authorization to provide services to prevent the abduction and sexual exploitation of children. NCMEC operates the CyberTipline and the Child Victim Identification Program to provide assistance to law enforcement in an effort to identify victims of child pornography and child sexual exploitation. NCMEC also works with law enforcement, Electronic Service Providers, electronic payment service providers and others in their efforts to reduce the distribution of child sexual exploitation images and videos on the internet. NCMEC does not investigate, but rather forwards reports of possible child sexual exploitation to law enforcement for independent review and analysis.

4. In CT number 87956542, Dropbox reported that on or about March 22, 2021, the Dropbox account associated with Dropbox User ID # 2045625936, user name "James Wazzup", and corresponding email address WAZZUPJ36@GMAIL.COM, was utilized to upload approximately three (3) images of suspected child exploitation material to the internet. Those images were included in the NCMEC Cybertip report. I reviewed the images provided with the CT and on April 30, 2021, obtained a federal search warrant for the entire contents of the Dropbox account. The internet protocol (IP) addresses associated with the Dropbox account activity resolved to Comcast Cable Communications, Charter, and T-Mobile providers, believed to be in the Houston, Texas area.  I initiated administrative subpoenas to those providers for the subscriber information associated with the customers using those IP addresses at those specific dates and times.

5. On May 3, 2021, I received information from Dropbox that was responsive to the search warrant. I observed that the contents of the account included over one hundred of images of suspected child pornography,  as well as an image file titled "20201227_160240" that depicted

an adult arm which was tattooed from wrist to bicep in a unique purple and blue design that appeared to depict crystals and feathers.

6. The account content included approximately 50 images in a separate folder. Those images appeared to all depict the same person (a small Hispanic female child, roughly 5-7 years of age) and to have all been taken in the same setting. In many of the files, an erect adult penis is displayed near, next to, or in the hand of the small child. In other images, the child is being fondled both above and beneath her clothing. All of those image files bore a naming convention that would indicate they were produced in the early morning hours, on or about December 13, 2020. Analysis of the metadata for those images reflected that they were produced using a Samsung device. Several of the files depict a distinctive purple and green tattoo on the forearm of an adult male that is fondling or groping the child or holding the penis. Several of the images are described as follows:

> **20201213_051519**: Child is facing towards camera, with face visible. The child appears to be sleeping. An adult male is lying next to the child with erect penis protruding from green plaid boxer shorts. A distinctive light blue and dark blue comforter is visible on the bed. The male is holding his penis with his right hand. A distinctive purple tattoo is visible on the right forearm.
>
> **20201213_051532**: Child is facing towards camera, with face visible. The child appears to be sleeping. An adult male is lying next to the child with erect penis protruding from green plaid boxer shorts. A distinctive light blue and dark blue comforter is visible on the bed. The male appears to be pulling the child's upper body towards the penis.
>
> **20201213_063734**: An adult hand is visible reaching up underneath the front left leg of the denim shorts with a white star pattern. A distinctive purple tattoo is visible on the forearm.
>
> **20201213_064237**: Erect penis is being held next to the child's right cheek. A distinctive purple tattoo is visible on the forearm.
>
> **20201213_073810**: Adult hand is visible reaching beneath front of child's denim shorts with star pattern. A distinctive purple tattoo is visible on the forearm.
>
> **20201213_074953**: Close up of an adult male penis with a child's hand placed around it. Distinctive blue comforter is visible in background.

7.      A separate folder within the Dropbox account was labeled "me" and contained two images depicting a portion of or all the face of a white male in his early- to mid-30s, with a long goatee consisting of black and gray hair. The image that clearly depicts the man's face also displays a unique purple and green tattoo on the man's entire right arm from wrist to bicep.

8.      On May 4, 2021, I received subscriber information from Charter Communications, pertaining to the IP address used to access the Dropbox account on March 9, 2021. The subscriber was Kristi Wasson, at xxxx Robinson Road in Conroe, Texas.[1] On May 5, 2021, I received subscriber information from Comcast Cable Communications, pertaining to the IP addresses used to access the Dropbox account on November 14 and November 17, 2020. The subscriber was Rachel Jones, xxx Rayford Road, Apartment xxxx in Spring, Texas.

9.      I conducted investigative research of persons having current or past association with xxxxx Robinson Road in Conroe, Texas. Among those identified was James Aubrey Zachary WASSON, white male, date of birth: xx-xx-1985. Law enforcement databases also reflected xxx Rayford Road, Apartment xxxx in Spring, Texas, as one of several addresses on record for WASSON.

10.     I conducted research of law enforcement databases for records related to WASSON's prior arrest on June 9, 2019, in Montgomery County, Texas. That yielded photos of tattoos on various parts of WASSON's body, including an elaborate "sleeve" tattoo extending from shoulder to wrist on WASSON's left arm. The tattoo incorporated purple and green designs.

11.     I conducted research of law enforcement databases for records related to prior arrests including booking photos. I also reviewed publicly-accessible social media photos on the

---

[1] All residential addresses and dates of birth in this affidavit have been redacted to comply with court filing requirements. The complete residential addresses and dates of birth are known to me.

4

Facebook account of "Zach Wasson". The facial features, eye color and facial hair depicted in those photos all closely matched those of the person depicted in the "me" folder in Dropbox account associated with User ID 2045625936. The Facebook profile photo for "Zach Wasson" clearly depict an elaborate purple and green tattoo on the person's right forearm, extending up the bicep.

12. On the morning of May 10, 2021, I conducted surveillance at xxx Rayford Road in Spring, Texas, and observed a person I recognized as James Aubrey Zachary WASSON sitting on the balcony of Apartment xxxx. At approximately 10:15 a.m., I observed WASSON depart from the apartment building and walk across the parking lot. I intercepted WASSON and arrested him on an outstanding felony warrant for his arrest issued by the Texas Department of Criminal Justice Parole Division. WASSON was in possession of a Samsung cellular telephone at the time of his arrest.

13. I subsequently returned with WASSON to his apartment; advised him of his Miranda warnings; and interviewed him with his consent. WASSON admitted to previously using an email address of WAZZUPJ36@GMAIL.COM and to accessing it from the Samsung T-Mobile cell phone currently in his possession. During the course of the interview, I showed WASSON several sanitized photos from the series referenced above. WASSON stated that the child in the photographs was the niece of his ex-girlfriend Virginia Freeman, and that he had taken the photographs possibly in December 2020, while he was staying at Virginia's residence somewhere near FM 2920 and Kuykendall Road in Spring, Texas.

14. On May 11, 2021, I interviewed Virginia Lester at her residence at xxxx Larksong Lane in Spring, Texas, which is within the Southern District of Texas. This residence is near FM 2920 and Kuykendall Road. While interviewing her in the living room area, I recognized furniture

and décor that were depicted in the photographs recovered from folder "f" of the Dropbox account associated with email WAZZUPJ36@GMAIL.COM, including the tile floor; a distinctively-patterned rug on the floor; a brown leather couch; and triangular sports pennants on the wall of the living room.  When I described a blue comforter with sharks or fish on side, Ms. Lester said it was currently in the garage waiting to be washed, and later showed it to me.  When I described a black and gray striped piece of fabric, Ms. Lester retrieved a pillow matching that fabric from a bedroom.  When I described a denim comforter with a cloth pattern on the other side, Ms. Lester pointed to the comforter located on the brown leather couch in the living room.  When I inquired about a room with venetian blinds, Ms. Lester said that was her bedroom, and subsequently showed me the window with blinds, bunk bed, closet door, and circular fan in the bedroom, that were all depicted in several of the recovered photographs.  Ms. Lester identified the child in the photos as her 7-year-old niece residing in Cypress, Texas, who was an overnight guest at her residence on the same occasion in late December 2020 as James Aubrey Zachary WASSON.

      15.     On May 13, 2021, "SAR", the seven-year-old female niece (date of birth: 11-XX-2013) was forensically interviewed. During that interview, the child made an outcry that her aunt's boyfriend "Zach" had touched her under her clothing on her buttocks and in her groin area; put his penis into the child's hand and made her hold it; and started taking pictures of her with his cell phone, early one morning when she was visiting her aunt's house. The child said she was asleep when the activity began, but then she woke up. She stated she was scared.

16. Based on the foregoing facts, I respectfully request an arrest warrant be issued for James Aubrey Zachary WASSON for violations of Title 18 United States Code § 2251(a).

_____
Nathan Curry
Special Agent
DHS-ICE-HSI

Subscribed to and sworn telephonically on this 17th day of May, 2021, and I find that there is probable cause.

_____
Honorable Dena Hanovice Palermo
United States Magistrate Judge
Southern District of Texas

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:21mj1092 |
| James Aubrey Zachary Wasson | ) | |
| Defendant | ) | |

TRUE COPY I CERTIFY
ATTEST: May 17, 2021
NATHAN OCHSNER, Clerk of Court
By: Kathy Murphy
(Deputy Clerk)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) James Aubrey Zachary Wasson

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Defendant did employ, use, persuade, indice, entice, and coerce, and attempted to employ, use, persuade, indice, entice, and coerce a minor child, to wit: Minor Victim #1, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was transmitted using any means and facility of interstate or foreign commerce, and the visual depiction was produced using materials that had been mailed, shipping, and transported in and affecting interstate and foreign commerce by any means, including by computer. In violation of 18 U.S.C. § 2251(a).

Date: 05/17/2021

*Dena Palermo*
Issuing officer's signature

City and state: Houston, Texas

Dena Hanovice Palermo, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 05-17-2021, and the person was arrested on (date) 05-20-2021
at (city and state) CONROE, TEXAS

Date: 05-20-2021

Arresting officer's signature

N.L. CURRY, S/A HSI
Printed name and title